## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ELYSIUM TILES, INC. AND ELYSIUM TILE FLORIDA, INC.,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>    and<br><br>THE COALITION FOR FAIR TRADE IN CERAMIC TILE,<br><br>        Defendant-Intervenor. | **Court No.   23-00041** |

## **ORDER OF REASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Timothy M. Reif, is hereby reassigned to the Honorable Jane A. Restani.

Dated at New York, New York, this 21st day of March, 2024

                                                      /s/ Mark A. Barnett
                                                    Mark A. Barnett
                                                    Chief Judge