# United States Court of International Trade
## Honorable Jane A. Restani

## Appearance Sheet

Docket No. 23-00041
June 25, 2024 - Oral Argument
1:30 p.m.
Courtroom 2
Jurisdiction 1581(c)

Elysium Tiles, Inc. et al,
Plaintiffs,
v.
United States et al,

Defendants.

---

## Counsel

**Plaintiff**
**David John Craven**
Craven Trade Law LLC

**Defendant**
**Christopher A. Berridge**
U.S. Department of Justice
**Vania Y. Wang**
U.S. Department of Commerce

**Defendant-Intervenor** (Coalition)
**David M. Spooner**
Barnes & Thornburg, LLP